## Peirce's Estate.

*Wills—Conversion—Partition.*

Where the wills works a conversion, there can be no partition proceedings unless those entitled to the proceeds of the real estate agree that the land shall be treated as land, despite the direction to convert.

Petition and answer. O. C. Phila. Co., April T., 1923, No. 1315.

*James R. Anderson*, for petitioner; *Joseph J. Broadhurst*, for respondent.

PER CURIAM, June 22, 1923.—In that the will directs the executrices to sell all of the real estate, there can be no partition proceedings (Keim's Estate, 201 Pa. 609), except in event that those entitled to the proceeds of the real estate agree that the land shall be treated as land, despite the direction to convert; and this the respondent by her answer refuses to do.

The petition is accordingly dismissed.